## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **TBB CRESCENT PARK DRIVE, LLC,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | **CIVIL ACTION NO. 4:25-cv-03250** |
| § | |
| **WINT REAL ESTATE, LLC,** § | |
| § | |
| *Defendant*. § | |
| § | |

## JOINT STIPULATION TO EXTEND DEADLINES

Plaintiff, TBB Crescent Park Drive, LLC ("TBB") and Defendant, WINT Real Estate, LLC ("WINT" and, collectively with TBB, the "Parties") jointly stipulate to extend the following deadlines:

1. TBB's deadline to answer or otherwise respond to WINT's counterclaim is extended to Monday, September 29, 2025.

2. WINT's deadline to amend its counterclaim without leave of court is extended to Monday, September 29, 2025.

Dated: September 26, 2025.

**DENTONS US LLP**

By: */s/ Mukul S. Kelkar*
Mukul S. Kelkar
Federal Bar No: 1503770
Casey Doherty
Federal Bar No: 6729273
1300 Post Oak Blvd., Suite 650
Houston, Texas 77056
Telephone: (713) 658-4600
Facsimile:  (713) 739-0834
mukul.kelkar@dentons.com
casey.doherty@dentons.com
**Counsel for Defendant**
**WINT Real Estate, LLC**

and

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Elizabeth M. Guffy*
Elizabeth M. Guffy
*Attorney-in-Charge*
State Bar No. 08592525
Southern District Number: 9101
elizabeth.guffy@troutman.com
Ryan B. Burns
State Bar No. 24116149
Southern District Number: 3471171
ryan.burns@troutman.com
Troutman Pepper Locke LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: (713) 226-1200
Facsimile: (713) 223-3717
**ATTORNEYS FOR PLAINTIFF TBB CRESCENT PARK DRIVE, LLC**

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing document was served on all parties of record on September 26, 2025, *via* ECF.

*/s/ Mukul S. Kelkar*
Mukul S. Kelkar

2