IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TBB CRESCENT PARK DRIVE, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-03250 |
| | § | |
| WINT REAL ESTATE, LLC, | § | |
| | § | |
| *Defendant*. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), TBB Crescent Park Drive, LLC and WINT Real Estate, LLC hereby stipulate to the dismissal, with prejudice, of this proceeding and all claims and causes of action that have been asserted, or could have been asserted, in this proceeding.  This dismissal is with prejudice, and with the parties bearing their own costs, fees, and expenses.

Respectfully submitted,

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Elizabeth M. Guffy*
Elizabeth M. Guffy
*Attorney-in-Charge*
State Bar No. 08592525
Southern District Number: 9101
elizabeth.guffy@troutman.com

Ryan B. Burns
State Bar No. 24116149
Southern District Number: 3471171
ryan.burns@troutman.com

Troutman Pepper Locke LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: (713) 226-1200
Facsimile: (713) 223-3717

**ATTORNEYS FOR PLAINTIFF TBB CRESCENT PARK DRIVE, LLC**

**-AND-**

**DENTONS US LLP**

*/s/ Mukul S. Kelkar*
Mukul S. Kelkar
Federal Bar No: 1503770
Casey Doherty
Federal Bar No: 6729273
1300 Post Oak Blvd., Suite 650
Houston, Texas 77056
Telephone: (713) 658-4600
Facsimile: (713) 739-0834
mukul.kelkar@dentons.com
casey.doherty@dentons.com

**Counsel for Defendant
WINT Real Estate, LLC**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system on October 16, 2025.

*/s/ Ryan B. Burns*
Ryan B. Burns